# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARMANDO DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01026-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST<br><br>(Docs. 1 and 7) |

　　　　Plaintiff Jorge Armando Diaz ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On March 5, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on April 16, 2007.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Ngo v. Woodford, 403 F.3d 620 (9th Cir. 2005), cited to by plaintiff in support of his argument that the rejection of his appeal as untimely exhausted the process, is no longer good law. The Ninth Circuit's decision in Ngo was reversed by the United States Supreme Court, and the filing of an untimely inmate appeal no longer satisfies the exhaustion requirement. Woodford v. Ngo, 126

S.Ct. 2378, 2382 (2006). Because plaintiff's appeal was screened out as untimely, plaintiff failed to exhaust and this action must be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 5, 2007, is adopted in full; and
2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by exhausting his claims prior to filing suit.

IT IS SO ORDERED.

**Dated:   April 27, 2007**                            /s/ **Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

2